In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of EMMA J. MASON, Deceased, Appellant; EDITH WEBB et al., Respondents.

Argued June 2, 1938; decided July 7, 1938.

*C. Alexander Capron, Edwin W. Cooney* and *Elmer J. Hoare* for appellant.

*William J. O'Shea, Jr.,* and *Edward D. Burns* for Murray de Klee, et al., respondents.

Order affirmed, with costs to infant respondents; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: CRANE, Ch. J.